SINGH, SINGH & TRAUBEN, LLP
Daljinder Singh, Esq. (SBN: 261587)
　　dsingh@singhtraubenlaw.com
400 S. Beverly Drive, Suite 400
Beverly Hills, CA 90212
Tel:　310-856-9705
Fax:　888-734-3555

JS-6

*Attorneys for Plaintiffs*
ALIREZA HAJIABOLGHASSEMI and
SIMON SAEID KOLI

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| ALIREZA HAJIABOLGHASSEMI, an individual and SIMON SAEID KOLI, an individual,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>AVANG, INC., a California corporation, MEHRSHAD BAHRAMI, an individual and MYSTICON INC. d/b/a "Radio Javan," a Virginia corporation<br><br>　　　　Defendants. | Case No. CV11-8423 SVW (SSx)<br><br>**ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE AS AGAINST DEFENDANTS AVANG, INC. AND MYSTICON, INC. D/B/A "RADIO JAVAN"**<br><br>Complaint Filed: October 12, 2011 |

-1-

**ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE AS AGAINST DEFENDANTS AVANG, INC. AND MYSTICON, INC. D/B/A "RADIO JAVAN"**

The Court, having read the Stipulation of Dismissal with Prejudice as Against Defendants Avang, Inc. and Mysticon, Inc. d/b/a "Radio Javan" in this matter filed by Plaintiffs Alireza Hajiabolghassemi and Simon Saeid Koli and Defendants Avang, Inc. and Mysticon, Inc. d/b/a "Radio Javan", and good cause appearing, hereby orders that this action, including all claims, is hereby dismissed with prejudice as against Defendants Avang, Inc. and Mysticon, Inc. d/b/a "Radio Javan". Each party shall bear his/its own attorneys' fees and costs.

IT IS SO ORDERED.

DATED: June 15, 2012

_____
The Honorable Stephen V. Wilson
United States District Judge