| | |
|---|---|
| 1<br>2<br>3<br>4<br>5 | SINGH, SINGH & TRAUBEN, LLP<br>Daljinder Singh, Esq. (SBN: 261587)<br>   dsingh@singhtraubenlaw.com<br>400 S. Beverly Drive, Suite 400<br>Beverly Hills, CA 90212<br>Tel:   310-856-9705<br>Fax:  888-734-3555 |
| | JS-6 |

*Attorneys for Plaintiffs*
ALIREZA HAJIABOLGHASSEMI and
SIMON SAEID KOLI

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| ALIREZA HAJIABOLGHASSEMI, an individual and SIMON SAEID KOLI, an individual,<br><br>           Plaintiffs,<br><br>    v.<br><br>AVANG, INC., a California corporation, MEHRSHAD BAHRAMI, an individual and MYSTICON INC. d/b/a "Radio Javan," a Virginia corporation<br><br>           Defendants. | Case No. CV11-8423 SVW (SSx)<br><br>**ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE AS AGAINST DEFENDANTS AVANG, INC. AND MYSTICON, INC. D/B/A "RADIO JAVAN"**<br><br>Complaint Filed: October 12, 2011 |

-1-

**ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE AS AGAINST DEFENDANTS AVANG, INC. AND MYSTICON, INC. D/B/A "RADIO JAVAN"**

1  The Court, having read the Stipulation of Dismissal with Prejudice as Against
2  Defendants Avang, Inc. and Mysticon, Inc. d/b/a "Radio Javan" in this matter filed
3  by Plaintiffs Alireza Hajiabolghassemi and Simon Saeid Koli and Defendants
4  Avang, Inc. and Mysticon, Inc. d/b/a "Radio Javan", and good cause appearing,
5  hereby orders that this action, including all claims, is hereby dismissed with
6  prejudice as against Defendants Avang, Inc. and Mysticon, Inc. d/b/a "Radio Javan".
7  Each party shall bear his/its own attorneys' fees and costs.

IT IS SO ORDERED.

DATED:  June 15, 2012    _____
The Honorable Stephen V. Wilson
United States District Judge